439 F.2d 697
 William Nicholas KARCHER, Petitioner-Appellant,
v.
UNITED STATES of America, Respondent-Appellee.
 No. 31043 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 March 4, 1971.
 
 Appeal from United States District Court, Southern District of Florida; Ted Cabot, District Judge.
 William Nicholas Karcher, pro se; James C. Bonner, Administrative Asst., Legal Assistance for Inmates, Program, Atlanta, Ga., for petitioner-appellant.
 Robert W. Rust, U. S. Atty., Richard A. Hauser, Asst. U. S. Atty., Miami, Fla., for respondent-appellee.
 Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.**
 
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 
 
 **
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966